## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BYRON CONWAY,
ADC #113285                                                                                                PLAINTIFF

V.                                    5:11-cv-00234-SWW-JTK

CORIZON, INC., et al.                                                                                  DEFENDANTS

**ORDER**

Plaintiff's Motion to Dismiss Defendant Maples from his Complaint (Doc. No. 3) is GRANTED.

IT IS SO ORDERED this 4th day of October, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE