**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON CONWAY,
ADC #113285                                                                                          PLAINTIFF

v.                                        5:11-cv-00234-SWW-JTK

CORIZON, INC., et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Yarbrough is DISMISSED from Plaintiff's Amended Complaint, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 15th day of December, 2011.


                                                                /s/Susan Webber Wright
                                                              UNITED STATES DISTRICT JUDGE