IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BYRON L. CONWAY,                                                                                                    PLAINTIFF
ADC #113285

v.                                           5:11-cv-00234-JTK

CORIZON, INC., et al                                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 6th day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE